IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| LIONEL FRANKLIN, | NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE |
| Plaintiff, | |
| v. | Case No. 09-cv-6890 |
| PENNCRO ASSOCIATES, INC., | Judge Guzman |
| Defendant. | Magistrate Judge Brown |

## NOTICE OF VOLUNTARY DISMISSAL

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(i), Plaintiff Lionel Franklin hereby dismisses his claims against Defendant Penncro Associates, Inc. with prejudice and states the following in support:

1. Plaintiff filed his Complaint on November 2, 2009. (Docket # 1).

2. Defendant has not served an answer or motion for summary judgment.

WHEREFORE, Plaintiff Lionel Franklin hereby dismisses his claims against Defendant Penncro Associates, Inc. with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(i).

January 5, 2010
        s/ Craig M. Shapiro
Craig M. Shapiro
O. Randolph Bragg
HORWITZ, HORWITZ & ASSOCIATES, LTD..
25 East Washington Street Suite 900
Chicago, Illinois 60602
(312) 372-8822
(312) 372-1673  (Facsimile)

ATTORNEYS FOR PLAINTIFF